UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant. | Case No. 22-cv-00747-DMR<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE**<br><br>Re: Dkt. No. 7 |

    Defendant filed a motion to dismiss Plaintiff's complaint on April 11, 2022. [Docket No. 7.] Pursuant to Civil Local Rule 7-3(a)-(b), Plaintiff had until April 25, 2022 to file an opposition or statement of non-opposition to Defendant's motion. Nothing has been filed. Accordingly, the court orders Plaintiff to file a statement by **May 12, 2022** that explains why this case should not be dismissed for failure to prosecute. He must also file his opposition or statement of non-opposition by that date. Failure to respond by May 12, 2022 may result in dismissal of this action. The hearing and case management conference scheduled for May 26, 2022 are vacated and will be re-set at a later date, if necessary.

    The court refers Plaintiff to the section "Representing Yourself" on the Court's website, located at https://cand.uscourts.gov/pro-se-litigants/, as well as the Court's Legal Help Centers for unrepresented parties. Parties may schedule an appointment by calling 415-782-8982 or emailing fedpro@sfbar.org.

    **IT IS SO ORDERED.**

Dated: April 28, 2022

                                                      Donna M. Ryu<br>
                                                      United States Magistrate Judge