UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ELLIS JOHNSON,<br>　　　　Plaintiff,<br>　　v.<br>UNITED STATES,<br>　　　　Defendant. | Case No. 22-cv-00747-DMR<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE FOR FAILURE TO PROSECUTE** |

On February 4, 2022, self-represented Plaintiff James Ellis Johnson filed a complaint against the United States. On September 12, 2022, the court granted Defendant's motion to dismiss Johnson's complaint. [Docket No. 18.] Johnson timely filed a first amended complaint on January 13, 2023. [Docket No. 21 ("FAC").] The court granted Defendant's motion to dismiss the FAC and ordered Johnson to file a second amended complaint by June 21, 2023. [Docket No 30.] On June 21, 2023, instead of filing a second amended complaint, Johnson filed a motion to recuse the undersigned. [Docket No. 31.] The court denied the motion and granted Johnson until October 9, 2023 to file a second amended complaint. [Docket No. 35 ("September 11 Order").] Johnson then filed a motion for reconsideration. [Docket No. 36.] The court construed the submission as a motion for leave to file a motion for reconsideration of the September 11 Order and denied the motion. [Docket No. 37.] Johnson was granted until October 31, 2023 to file a second amended complaint. *Id.* at 2. Nothing has been filed. The court previously warned

//
//
//
//
//

1  //

2  Johnson that no further extensions would be granted. [Docket No. 37 at 2.] Accordingly, this

3  matter is hereby dismissed without prejudice for failure to prosecute.

4  **IT IS SO ORDERED.**

5  Dated: November 29, 2023

_____
Donna M. Ryu
Chief Magistrate Judge